**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

IN RE: **John Michael Kerby**                                      Case No. **10-61222**
**Sherry Kerby**
Debtor(s)                                           Chapter 13 Proceeding

☐ *AMENDED*   ☐ *MODIFIED*
**DEBTOR(S)' CHAPTER 13 PLAN**
**AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE**

> *Creditors are hereby notified that the following Plan may be amended at any time before confirmation. Any amendment may affect your status as a creditor. The Debtor's estimate of how much the Plan will pay, projected payments, and estimates of the allowed claims may also change. The following information advises creditors of the status of the case based on the information known at the time of its preparation. Any special concerns of a creditor may justify attendance at the Meeting of Creditors and such other action as may be appropriate under the circumstances. More detailed information is on file at the Office of the United States Bankruptcy Clerk in El Paso or Waco, Texas. Local Bankruptcy Rules and Standing Orders on procedures are available at the Clerk's Office and online at www.txwb.uscourts.gov.*
>
> *Use of the singular word "Debtor" in this Plan includes the plural where appropriate.*

### Plan Summary

**A.** The Debtor's Plan Payment will be **$4,000.00 Monthly**, paid by ☑ Pay Order or ☐ Direct Pay for **60 months**. The gross amount to be paid into the plan is **$240,000.00**.

**B.** The Plan proposes to pay all allowed priority claims in full, all secured claims to the extent of the value of the collateral or the amount of the claim, whichever amount is provided for in Section VI below, and approximately **10%** of each unsecured allowed claim.

THIS PLAN DOES NOT ALLOW CLAIMS. YOU MUST FILE A PROOF OF CLAIM BY THE APPLICABLE DEADLINE TO RECEIVE DISTRIBUTIONS UNDER ANY PLAN THAT MAY BE CONFIRMED. CREDITORS ARE REFERRED TO THE FEDERAL RULES OF BANKRUPTCY PROCEDURE, THE LOCAL BANKRUPTCY RULES FOR THE WESTERN DISTRICT OF TEXAS, AND THE APPLICABLE STANDING ORDER RELATING TO CHAPTER 13 CASE ADMINISTRATION FOR THIS DIVISION, FOR INFORMATION ON THESE AND OTHER DEADLINES.

**C.** The value of the Debtor's non-exempt assets is **$0.00**.

**D.** If the payment of any debt is proposed to be paid directly by the Debtor outside the Plan, it is so noted in Section VI(1), set forth below.

### Plan Provisions

### I. Vesting of Estate Property

☑ Upon confirmation of the Plan, all property of the estate shall vest in the Debtor and shall not remain as property of the estate.

☐ Upon confirmation of the Plan, all property of the estate shall not vest in the Debtor, but shall remain as property of the estate.

☐ Other (describe):

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| IN RE: **John Michael Kerby** | Case No. **10-61222** |
| **Sherry Kerby** | |
| Debtor(s) | Chapter 13 Proceeding |

☐ *AMENDED*   ☐ *MODIFIED*
**DEBTOR(S)' CHAPTER 13 PLAN**
**AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE**

*Continuation Sheet # 1*

## II. Pre-Confirmation Disbursements

In accordance with the applicable Standing Order Relating to Chapter 13 Case Administration, the Debtor requests and consents to disbursement by the Chapter 13 Trustee of payments prior to confirmation of the Plan to evidence the Debtor's good faith, promote successful completion of the case, and to provide adequate protection to secured creditors. The Debtor shall remit such payments to the Trustee commencing 15 days after the filing of the petition. Provided all conditions for disbursement are met and unless otherwise ordered by the Court, the Trustee shall begin disbursing to creditors as provided below, on the first regularly scheduled disbursement after 30 days after the the petition is filed. Payments under this paragraph will cease upon confirmation of the Plan.

| Creditor/Collateral | Pre-Confirmation Payment Amount | Other Treatment Remarks |
|---|---|---|
| Brown County Appr. District<br>Oak Ridge Phase III, LT 13 | $20.00 | |
| Developer Finance Corp.<br>Oak Ridge Phase III, LT 13 | $305.23 | |
| State Farm Fncl Svcs F<br>2003 Chevy C2500 | $126.51 | |
| Yamaha/gemb<br>2007 Yamaha Vsfar1300 | $70.96 | |

## III. Executory Contracts/Unexpired Leases/Contracts for Deed

Pursuant to 11 U.S.C. §1322(b)(7) of the Bankruptcy Code, the Debtor hereby elects to assume the following executory contracts, unexpired leases, and/or contracts for deed, if any:

| Creditor Name | Description of Contract | Election | In Default |
|---|---|---|---|
| RCC Incorp | Lease on Apartment | Assumed | No |
| Verizon Wireless | Cell Phones | Assumed | No |

Pursuant to 11 U.S.C. §1322(b)(7) of the Bankruptcy Code, the Debtor hereby elects to reject the following executory contracts, unexpired leases, and/or contracts for deed, if any:

| Creditor Name | Description of Contract | Election | In Default |
|---|---|---|---|
| **(None)** | | | |

IN RE: **John Michael Kerby**     Case No. **10-61222**
      **Sherry Kerby**
      Debtor(s)     Chapter 13 Proceeding

☐ *AMENDED*    ☐ *MODIFIED*

## DEBTOR(S)' CHAPTER 13 PLAN
## AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE

*Continuation Sheet # 2*

### IV. Motion to Value Collateral Pursuant to 11 U.S.C. § 506

The Trustee shall pay allowed secured claims, which require the filing of a proof of claim, to the extent of the value of the collateral or the amount of the claim, whichever amount is provided for in Section VI(2), hereof, plus interest thereon at the rate specified in this Plan. Except for secured claims for which provision is made to pay the full amount of the claim not withstanding the value of the collateral, the portion of any allowed claim that exceeds the value of the collateral shall be treated as an unsecured claim under Section VI(2)(F).

The Debtor(s) move(s) to value the collateral described below in the amounts indicated. The values as stated below represent the replacement values of the assets held for collateral, as required under Section 506(a)(2). Objections to valuation of collateral proposed by this Motion and Plan must be filed no later than ten (10) days prior to the confirmation hearing date. If no timely response or objection is filed, the relief requested may be granted in conjunction with confirmation of the Plan.

| Creditor / Collateral | Estimated Claim | Value of Collateral | Monthly Payment or Method of Disbursement | Interest Rate | Anticipated Total to Pay | Other Treatment/Remarks |
|---|---|---|---|---|---|---|
| State Farm Fncl Svcs F<br>2003 Chevy C2500 | $10,121.00 | $11,450.00 | Pro-Rata | 5.5% | $11,524.57 | |

*"I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on* **January 5, 2011** *."*

**/s/ John Michael Kerby**      **/s/ Sherry Kerby**
Debtor      Joint Debtor

### V. Motion to Avoid Lien Pursuant to 11 U.S.C. § 522(f)

The Bankruptcy Code allows certain liens to be avoided. If a lien is avoided, the claim will not be treated as a secured claim but as an unsecured claim under Section VI(2)(F).

The Debtor moves to avoid the following liens that impair exemptions. Objections to lien avoidance as proposed in this Plan must be filed no later than ten (10) days prior to the confirmation hearing date. If no timely objection is filed, the relief requested may be granted in conjunction with confirmation of the Plan. (Debtor must list the specific exempt property that the lien impairs and the basis of the lien--e.g., judicial lien, nonpurchase-money security interest, etc.)

| Creditor / Property subject to lien | Amount of Lien to be Avoided | Remarks |
|---|---|---|
| | | |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

IN RE: **John Michael Kerby**        Case No. **10-61222**
      **Sherry Kerby**
          Debtor(s)        Chapter 13 Proceeding

☐ *AMENDED*     ☐ *MODIFIED*
**DEBTOR(S)' CHAPTER 13 PLAN**
**AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE**

*Continuation Sheet # 3*

## VI. Specific Treatment for Payment of Allowed Claims

### 1. PAYMENTS TO BE MADE BY THE DEBTOR DIRECTLY TO CREDITORS, INCLUDING POST-PETITION DOMESTIC SUPPORT OBLIGATIONS

**A.** Debtor(s) shall pay the following creditors directly. Creditors with claims based on a post-petition domestic support obligation ("DSO"), including all governmental units to which a DSO claim has been assigned, or is owed, or that may otherwise recover a DSO claim, MUST be paid directly. Minors should be identified by their initials only. If no DSO creditor is listed, the Debtor represents he/she has no domestic support obligation.

All direct payments listed below shall be made in addition to the Plan payments made by Debtor to the Chapter 13 Trustee as herein set forth. Secured creditors who are paid directly shall retain their liens, and the Debtor(s) shall maintain insurance on the collateral, in accordance with the terms of the documents creating the lien on the collateral.

| Creditor / Collateral, if any (including the name of each DSO creditor) | Remarks | Debt Amount | Payment Amount/Interval |
|---|---|---|---|
| Ally Financial<br>2008 Chevy 1500 | father's and he pays for it. | $15,399.00 | $409.00 |
| Capital One Auto Finance<br>2004 Dodge HD | son's and he pays for it. | $3,788.00 | $477.00 |

**B.** Debtor surrenders the following collateral. Confirmation of the Plan shall operate to lift the automatic stay provided by 11 U.S.C. § 362(a) with respect to the collateral listed, and any unsecured deficiency claim may be filed in accordance with the procedures set forth in the Standing Order Relating to Chapter 13 Case Administration for this Division.

| Creditor/Collateral | Collateral to Be Surrendered |
|---|---|
| First Basin Credit Uni | 31 Ft' 5th Wheel R |

### 2. PAYMENTS TO BE MADE BY TRUSTEE TO CREDITORS

**A.** Administrative Expenses

Administrative Expenses shall include the Trustee's commission and debtor's attorney's fees. The Trustee shall receive up to 10% of all sums disbursed, except on any funds returned to the Debtor. No fees or expenses of counsel for the debtor(s) may be paid until the filing fee is paid in full, and any fees and expenses that are allowed in addition to the fees and expenses originally agreed to be paid, may be paid only after all prior allowed fees and expenses have been paid.

| Creditor | Estimated Amount of Debt | Payment Method:<br>before secured creditors,<br>after secured creditors, or<br>along with secured | Remarks |
|---|---|---|---|
| Law Offices of Ed L. Laughlin, P.C. | $2,300.00 | Along With | |

**B.** Priority Claims, Including Domestic Support Obligation Arrearage Claims

| Creditor | Estimated Amount of Debt | Payment Method:<br>before secured creditors,<br>after secured creditors, or<br>along with secured | Remarks |
|---|---|---|---|
| Internal Revenue Service | $125,000.00 | Along With | |

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| IN RE: **John Michael Kerby** | | Case No. **10-61222** |
| **Sherry Kerby** | | |
| Debtor(s) | | Chapter 13 Proceeding |

☐ *AMENDED*   ☐ *MODIFIED*

## DEBTOR(S)' CHAPTER 13 PLAN
## AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE

*Continuation Sheet # 4*

**C.** Arrearage Claims

| Creditor / Collateral | Estimated Claim | Estimated Value of Collateral | Monthly Payment or Method of Disbursement | Interest Rate | Anticipated Total to Pay | Other Treatment/Remarks |
|---|---|---|---|---|---|---|
| | | | | | | |

**D.** Cure Claims on Assumed Contracts, Leases, and Contracts for Deed

| Creditor/Subject Property, if any | Estimated Amount of Cure Claim | Monthly Payment or Method of Disbursement | Remarks |
|---|---|---|---|
| | | | |

**E.** Secured Creditors

Secured creditors shall retain their liens on the collateral that is security for their claims until the earlier of the date the underlying debt, as determined under non-bankruptcy law, has been paid in full, or the date of discharge under 11 U.S.C. § 1328. Therefore, if the debtor's case is dismissed or converted without completing of all Plan payments, the liens shall be retained by the creditors to the extent recognized by applicable non-bankruptcy law.

| Creditor/Collateral | Estimated Claim | Value of Collateral | Monthly Payment or Method of Disbursement | Interest Rate | Anticipated Total to Pay | Other Treatment/Remarks (specifically note if claim amount to be paid although greater than value of collateral) |
|---|---|---|---|---|---|---|
| Brown County Appr. District<br>Oak Ridge Phase III, LT 13 | $631.33 | $25,050.00 | Pro-Rata | 12% | $844.10 | |
| Developer Finance Corp.<br>Oak Ridge Phase III, LT 13 | $24,727.69 | $24,418.67 | Pro-Rata | 12.9% | $33,400.72 | |
| State Farm Fncl Svcs F<br>2003 Chevy C2500 | $10,121.00 | $11,450.00 | Pro-Rata | 5.5% | $11,524.57 | |
| Yamaha/gemb<br>2007 Yamaha Vsfar1300 | $5,677.00 | $6,000.00 | Pro-Rata | 5.5% | $6,464.30 | |

**F.** General Unsecured Creditors (including claims from rejection of contracts, leases and contracts for deed).
*Describe treatment for the class of general unsecured creditors.*

General Unsecured Creditors will receive approximately ___**10%**___ of their allowed claims.

**Totals:**

| | |
|---|---|
| Administrative Claims | **$2,300.00** |
| Priority Claims | **$125,000.00** |
| Arrearage Claims | **$0.00** |
| Cure Claims | **$0.00** |
| Secured Claims | **$40,848.00** |
| Unsecured Claims | **$24,481.02** |

### VII. Supplemental Plan Provisions

The following are the Supplemental Plan Provisions:
**None**

Form 11/7/05        *Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas -  (210) 561-5300*

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

IN RE: **John Michael Kerby**  Case No. **10-61222**
**Sherry Kerby**
Debtor(s)  Chapter 13 Proceeding

☐ *AMENDED*  ☐ *MODIFIED*
## DEBTOR(S)' CHAPTER 13 PLAN
## AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE

*Continuation Sheet # 5*

Respectfully submitted this date: __**1/5/2011**_____.

**/s/ Ed L. Laughlin**
Ed L. Laughlin
1509 W. Avenue J
Temple, TX 76504
Phone: (254) 773-8399 / Fax: (254) 773-8426
(Attorney for Debtor)

**/s/ John Michael Kerby**  **/s/ Sherry Kerby**
John Michael Kerby  Sherry Kerby
205 S. Austin  205 S. Austin
Holland, TX 76534  Holland, TX 76534
(Debtor)  (Joint Debtor)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

IN RE: **John Michael Kerby**      CASE NO. **10-61222**
*Debtor*

**Sherry Kerby**      CHAPTER **13**
*Joint Debtor*

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on January 10, 2011, a copy of the attached Chapter 13 Plan, with any attachments, and Budget and Monthly Family Income were served on each party in interest listed below, by placing each copy in an envelope properly addressed, postage fully prepaid in compliance with Local Rule 9013 (g).

      **/s/ Ed L. Laughlin**
Ed L. Laughlin
Bar ID:11991500
Law Offices of Ed L. Laughlin, P.C.
1509 W. Avenue J
Temple, TX 76504
(254) 773-8399

---

| | | |
|---|---|---|
| 1st Collect<br>xxx2369<br>6801 Sanger Ave Ste 145<br>Waco, TX 76710 | Barclays Bank Delaware<br>xxxxxxxxxxxx0225<br>Attention: Customer Support Department<br>PO Box 8833<br>Wilmington, DE 19899 | Capital One Bank<br>xxxx-xxxx-xxxx-6320<br>8875 Aero Dr. Suite 200<br>San Diego, CA 92123 |
| Ally Financial<br>xxxxxxxx7798<br>200 Renaissance Ctr<br>Detroit, MI 48243 | Brown County Appr. District<br>xxxx6026<br>403 Fisk<br>Brownwood, TX 76801 | Cpu/citi - Conoco Phillips Union<br>xxxxxx1443<br>Attn: Centralized Bankruptcy<br>PO Box 20363<br>Kansas City, MO 64195 |
| Bankfirst<br>xxxxxxxxxxxx5776<br>6100 Old Village Place<br>Sioux Falls, SD 57108 | Cantemar Apartments<br>16630 N. 43rd Ave.<br>Glendale, AZ 85306-0519 | Dept Of Ed/sallie Mae<br>xxxxxxxxxxxxxxxxxx0911<br>Po Box 9635<br>Wilkes Barre, PA 18773 |
| Barclays Bank Delaware<br>xxxxxxxxxxxx7651<br>Attention: Customer Support Department<br>PO Box 8833<br>Wilmington, DE 19899 | Capital One Auto Finance<br>xxxxxxxxxxxx1001<br>3901 N Dallas Pkwy<br>Plano, TX 75093 | Developer Finance Corp.<br>xxx8507<br>430 St.<br>Williamstown, MA 01267 |

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

IN RE: **John Michael Kerby**  CASE NO. **10-61222**
*Debtor*

**Sherry Kerby**  CHAPTER **13**
*Joint Debtor*

## CERTIFICATE OF SERVICE
(Continuation Sheet #1)

---

| | | |
|---|---|---|
| E Oreg Univ<br>xxxxxxxxxxxxxxxxx0911<br>Attn: Bankruptcy<br>PO Box 9500<br>Wilkes-Barre, PA 18773 | Hsbc Best Buy<br>xxxxxxxxxxxx2002<br>Attn: Bankruptcy<br>PO Box 5263<br>Carol Stream, IL 60197 | Ray Hendren, C13 Trustee<br>3410 Far West Blvd.<br>Suite 200<br>Austin, TX 78731 |
| Financial Control Svc<br>xxxxxxxxxxxx5930<br>6801 Sanger Ave Ste 195<br>Waco, TX 76710 | Internal Revenue Service<br>Special Procedures Staff<br>300 E. 8th Street<br>STOP 5026 AUS<br>Austin, TX 78701 | Recovery Svcs Of Ameri<br>xxxxxxxx4266<br>Po Box 815335<br>Dallas, TX 75381 |
| First Basin Credit Uni<br>xxxxx0004<br>2740 N County Rd W<br>Odessa, TX 79764 | John Michael Kerby<br>205 S. Austin<br>Holland, TX 76534 | Sallie Mae<br>xxxxxxxxxxxxxxxxx0911<br>PO Box 9500<br>Wilkes Barre, PA 18773 |
| First Basin Credit Uni<br>xxxxx0001<br>2740 N County Rd W<br>Odessa, TX 79764 | Midland Credit Management<br>xxxxxx6401<br>PO Box 939019<br>San Diego, CA 92193 | State Farm Fncl Svcs F<br>xxxxxxxxxxxx0001<br>Attn: Loan Servicing<br>PO Box 31557<br>Billings, MT 59107 |
| GEMB / HH Gregg<br>xxxxxxxxxxxx0586<br>Attention: Bankruptcy<br>PO Box 103106<br>Roswell, GA 30076 | Nco Fin/09<br>xxxx7856<br>Pob 7216<br>Philadelphia, PA 19101 | Valentine & Kebartas, Inc.<br>xxxxxxxxxxxx7657<br>PO Box 325<br>Lawrence, MA 01842 |
| Gemb/chevron<br>xxxxxxxxxxxx6215<br>Attention: Bankruptcy<br>PO Box 103104<br>Roswell, GA 30076 | Nco Financial Systems<br>xxxxx3178<br>507 Prudential Rd<br>Horsham, PA 19044 | Yamaha/gemb<br>xxxxxxxxxxxx5660<br>Po Box 6153<br>Rapid City, SD 57709 |
| Gold Canyon Urgent Care<br>5327<br>6820 S Kings Ranch Rd. Ste 130<br>Gold Canyon, AZ | Nco Financial Systems<br>xxxxx6549<br>507 Prudential Rd<br>Horsham, PA 19044 | |

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

IN RE: **John Michael Kerby, Debtor**  CASE NO **10-61222**
**Sherry Kerby, Joint Debtor**
CHAPTER **13**

## PROPOSED PAYMENT SCHEDULE FOR CHAPTER 13 PLAN (PRO FORMA)

*The following payment schedule is a projection of the anticipated payments to be made to the creditors under the plan. This Pro Forma serves as support documentation to the debtor's proposed plan. Actual distributions by the Chapter 13 Trustee may vary.*

| CREDITOR NAME | AMOUNT | INT RATE | INT PAID | MONTH 1 | MONTH 2 | MONTH 3 | MONTH 4 | MONTH 5 | MONTH 6 |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| Brown County Appr. District | $631.33 | 12.00% | $212.77 | $13.54 | $13.56 | $13.58 | $13.61 | $13.63 | $13.66 |
| Developer Finance Corp. | $24,418.67 | 12.90% | $8,982.05 | $524.11 | $525.42 | $526.73 | $528.05 | $529.36 | $530.68 |
| Internal Revenue Service | $125,000.00 | 10.00% | $33,937.94 | $2,676.50 | $2,676.79 | $2,677.06 | $2,677.32 | $2,677.58 | $2,677.83 |
| Law Offices of Ed L. Laughlin, | $2,300.00 | 0.00% | $0.00 | $48.84 | $48.44 | $48.05 | $47.65 | $47.27 | $46.88 |
| State Farm Fncl Svcs F | $10,121.00 | 5.50% | $1,403.57 | $215.91 | $215.12 | $214.35 | $213.58 | $212.80 | $212.02 |
| Yamaha/gemb | $5,677.00 | 5.50% | $787.30 | $121.10 | $120.67 | $120.23 | $119.79 | $119.36 | $118.93 |
| BEGINNING BALANCE: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| DEBTOR'S PAYMENT TO TRUSTEE: | | | | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 |
| NEW BALANCE: | | | | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 |
| DISTRIBUTION TO PRIORITY, SECURED AND SPECIAL UNSECUREDS: | | | | **$3,600.00** | **$3,600.00** | **$3,600.00** | **$3,600.00** | **$3,600.00** | **$3,600.00** |
| DISTRIBUTION TO GENERAL UNSECUREDS: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| TRUSTEE COMMISSION AND OTHER ADMINISTRATIVE COSTS: | | | | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 |
| ENDING BALANCE: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| CREDITOR NAME | AMOUNT | INT RATE | INT PAID | MONTH 7 | MONTH 8 | MONTH 9 | MONTH 10 | MONTH 11 | MONTH 12 |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| Brown County Appr. District | $631.33 | 12.00% | $212.77 | $13.67 | $13.70 | $13.73 | $13.75 | $13.78 | $13.80 |
| Developer Finance Corp. | $24,418.67 | 12.90% | $8,982.05 | $532.00 | $533.32 | $534.64 | $535.97 | $537.29 | $538.63 |
| Internal Revenue Service | $125,000.00 | 10.00% | $33,937.94 | $2,678.07 | $2,678.30 | $2,678.53 | $2,678.75 | $2,678.96 | $2,679.15 |
| Law Offices of Ed L. Laughlin, | $2,300.00 | 0.00% | $0.00 | $46.50 | $46.12 | $45.74 | $45.36 | $44.99 | $44.62 |
| State Farm Fncl Svcs F | $10,121.00 | 5.50% | $1,403.57 | $211.26 | $210.49 | $209.72 | $208.96 | $208.20 | $207.44 |
| Yamaha/gemb | $5,677.00 | 5.50% | $787.30 | $118.50 | $118.07 | $117.64 | $117.21 | $116.78 | $116.36 |
| BEGINNING BALANCE: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| DEBTOR'S PAYMENT TO TRUSTEE: | | | | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 |
| NEW BALANCE: | | | | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 |
| DISTRIBUTION TO PRIORITY, SECURED AND SPECIAL UNSECUREDS: | | | | **$3,600.00** | **$3,600.00** | **$3,600.00** | **$3,600.00** | **$3,600.00** | **$3,600.00** |
| DISTRIBUTION TO GENERAL UNSECUREDS: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| TRUSTEE COMMISSION AND OTHER ADMINISTRATIVE COSTS: | | | | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 |
| ENDING BALANCE: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| CREDITOR NAME | AMOUNT | INT RATE | INT PAID | MONTH 13 | MONTH 14 | MONTH 15 | MONTH 16 | MONTH 17 | MONTH 18 |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| Brown County Appr. District | $631.33 | 12.00% | $212.77 | $13.83 | $13.85 | $13.86 | $13.89 | $13.92 | $13.94 |
| Developer Finance Corp. | $24,418.67 | 12.90% | $8,982.05 | $539.95 | $541.28 | $542.62 | $543.95 | $545.29 | $546.63 |
| Internal Revenue Service | $125,000.00 | 10.00% | $33,937.94 | $2,679.35 | $2,679.53 | $2,679.71 | $2,679.88 | $2,680.04 | $2,680.20 |
| Law Offices of Ed L. Laughlin, | $2,300.00 | 0.00% | $0.00 | $44.26 | $43.90 | $43.54 | $43.18 | $42.82 | $42.47 |
| State Farm Fncl Svcs F | $10,121.00 | 5.50% | $1,403.57 | $206.68 | $205.93 | $205.18 | $204.43 | $203.68 | $202.93 |
| Yamaha/gemb | $5,677.00 | 5.50% | $787.30 | $115.93 | $115.51 | $115.09 | $114.67 | $114.25 | $113.83 |
| BEGINNING BALANCE: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| DEBTOR'S PAYMENT TO TRUSTEE: | | | | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 |
| NEW BALANCE: | | | | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 |
| DISTRIBUTION TO PRIORITY, SECURED AND SPECIAL UNSECUREDS: | | | | **$3,600.00** | **$3,600.00** | **$3,600.00** | **$3,600.00** | **$3,600.00** | **$3,600.00** |
| DISTRIBUTION TO GENERAL UNSECUREDS: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| TRUSTEE COMMISSION AND OTHER ADMINISTRATIVE COSTS: | | | | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 |
| ENDING BALANCE: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| CREDITOR NAME | AMOUNT | INT RATE | INT PAID | MONTH 19 | MONTH 20 | MONTH 21 | MONTH 22 | MONTH 23 | MONTH 24 |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| Brown County Appr. District | $631.33 | 12.00% | $212.77 | $13.97 | $13.99 | $14.02 | $14.04 | $14.06 | $14.09 |
| Developer Finance Corp. | $24,418.67 | 12.90% | $8,982.05 | $547.97 | $549.31 | $550.65 | $552.00 | $553.34 | $554.69 |
| Internal Revenue Service | $125,000.00 | 10.00% | $33,937.94 | $2,680.34 | $2,680.48 | $2,680.61 | $2,680.73 | $2,680.85 | $2,680.96 |
| Law Offices of Ed L. Laughlin, | $2,300.00 | 0.00% | $0.00 | $42.12 | $41.78 | $41.43 | $41.09 | $40.76 | $40.42 |
| State Farm Fncl Svcs F | $10,121.00 | 5.50% | $1,403.57 | $202.19 | $201.45 | $200.71 | $199.97 | $199.24 | $198.50 |
| Yamaha/gemb | $5,677.00 | 5.50% | $787.30 | $113.41 | $112.99 | $112.58 | $112.17 | $111.75 | $111.34 |

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

IN RE: **John Michael Kerby, Debtor**  CASE NO **10-61222**
**Sherry Kerby, Joint Debtor**

CHAPTER **13**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| BEGINNING BALANCE: | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| DEBTOR'S PAYMENT TO TRUSTEE: | | | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 |
| NEW BALANCE: | | | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 |
| DISTRIBUTION TO PRIORITY, SECURED AND SPECIAL UNSECUREDS: | | | **$3,600.00** | **$3,600.00** | **$3,600.00** | **$3,600.00** | **$3,600.00** | **$3,600.00** |
| DISTRIBUTION TO GENERAL UNSECUREDS: | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| TRUSTEE COMMISSION AND OTHER ADMINISTRATIVE COSTS: | | | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 |
| ENDING BALANCE: | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| CREDITOR NAME | AMOUNT | INT RATE | INT PAID | MONTH 25 | MONTH 26 | MONTH 27 | MONTH 28 | MONTH 29 | MONTH 30 |
|---|---|---|---|---|---|---|---|---|---|
| Brown County Appr. District | $631.33 | 12.00% | $212.77 | $14.11 | $14.14 | $14.15 | $14.19 | $14.21 | $14.23 |
| Developer Finance Corp. | $24,418.67 | 12.90% | $8,982.05 | $556.05 | $557.39 | $558.75 | $560.10 | $561.46 | $562.82 |
| Internal Revenue Service | $125,000.00 | 10.00% | $33,937.94 | $2,681.05 | $2,681.14 | $2,681.23 | $2,681.30 | $2,681.37 | $2,681.44 |
| Law Offices of Ed L. Laughlin, | $2,300.00 | 0.00% | $0.00 | $40.09 | $39.76 | $39.43 | $39.11 | $38.79 | $38.46 |
| State Farm Fncl Svcs F | $10,121.00 | 5.50% | $1,403.57 | $197.77 | $197.05 | $196.32 | $195.59 | $194.87 | $194.15 |
| Yamaha/gemb | $5,677.00 | 5.50% | $787.30 | $110.93 | $110.52 | $110.12 | $109.71 | $109.30 | $108.90 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| BEGINNING BALANCE: | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| DEBTOR'S PAYMENT TO TRUSTEE: | | | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 |
| NEW BALANCE: | | | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 |
| DISTRIBUTION TO PRIORITY, SECURED AND SPECIAL UNSECUREDS: | | | **$3,600.00** | **$3,600.00** | **$3,600.00** | **$3,600.00** | **$3,600.00** | **$3,600.00** |
| DISTRIBUTION TO GENERAL UNSECUREDS: | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| TRUSTEE COMMISSION AND OTHER ADMINISTRATIVE COSTS: | | | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 |
| ENDING BALANCE: | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| CREDITOR NAME | AMOUNT | INT RATE | INT PAID | MONTH 31 | MONTH 32 | MONTH 33 | MONTH 34 | MONTH 35 | MONTH 36 |
|---|---|---|---|---|---|---|---|---|---|
| Brown County Appr. District | $631.33 | 12.00% | $212.77 | $14.25 | $14.28 | $14.31 | $14.32 | $14.35 | $14.38 |
| Developer Finance Corp. | $24,418.67 | 12.90% | $8,982.05 | $564.18 | $565.54 | $566.90 | $568.27 | $569.64 | $571.00 |
| Internal Revenue Service | $125,000.00 | 10.00% | $33,937.94 | $2,681.49 | $2,681.54 | $2,681.57 | $2,681.61 | $2,681.63 | $2,681.65 |
| Law Offices of Ed L. Laughlin, | $2,300.00 | 0.00% | $0.00 | $38.15 | $37.83 | $37.52 | $37.21 | $36.90 | $36.60 |
| State Farm Fncl Svcs F | $10,121.00 | 5.50% | $1,403.57 | $193.43 | $192.71 | $192.00 | $191.29 | $190.58 | $189.87 |
| Yamaha/gemb | $5,677.00 | 5.50% | $787.30 | $108.50 | $108.10 | $107.70 | $107.30 | $106.90 | $106.50 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| BEGINNING BALANCE: | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| DEBTOR'S PAYMENT TO TRUSTEE: | | | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 |
| NEW BALANCE: | | | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 |
| DISTRIBUTION TO PRIORITY, SECURED AND SPECIAL UNSECUREDS: | | | **$3,600.00** | **$3,600.00** | **$3,600.00** | **$3,600.00** | **$3,600.00** | **$3,600.00** |
| DISTRIBUTION TO GENERAL UNSECUREDS: | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| TRUSTEE COMMISSION AND OTHER ADMINISTRATIVE COSTS: | | | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 |
| ENDING BALANCE: | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| CREDITOR NAME | AMOUNT | INT RATE | INT PAID | MONTH 37 | MONTH 38 | MONTH 39 | MONTH 40 | MONTH 41 | MONTH 42 |
|---|---|---|---|---|---|---|---|---|---|
| Brown County Appr. District | $631.33 | 12.00% | $212.77 | $14.39 | $14.42 | $14.45 | $14.47 | $14.50 | $14.52 |
| Developer Finance Corp. | $24,418.67 | 12.90% | $8,982.05 | $572.38 | $573.75 | $575.12 | $576.50 | $577.87 | $579.26 |
| Internal Revenue Service | $125,000.00 | 10.00% | $33,937.94 | $2,681.66 | $2,681.66 | $2,681.65 | $2,681.64 | $2,681.62 | $2,681.59 |
| Law Offices of Ed L. Laughlin, | $2,300.00 | 0.00% | $0.00 | $36.30 | $36.00 | $35.70 | $35.40 | $35.11 | $34.82 |
| State Farm Fncl Svcs F | $10,121.00 | 5.50% | $1,403.57 | $189.17 | $188.46 | $187.76 | $187.06 | $186.37 | $185.67 |
| Yamaha/gemb | $5,677.00 | 5.50% | $787.30 | $106.10 | $105.71 | $105.32 | $104.93 | $104.53 | $104.14 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| BEGINNING BALANCE: | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| DEBTOR'S PAYMENT TO TRUSTEE: | | | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 |
| NEW BALANCE: | | | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 |
| DISTRIBUTION TO PRIORITY, SECURED AND SPECIAL UNSECUREDS: | | | **$3,600.00** | **$3,600.00** | **$3,600.00** | **$3,600.00** | **$3,600.00** | **$3,600.00** |
| DISTRIBUTION TO GENERAL UNSECUREDS: | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| TRUSTEE COMMISSION AND OTHER ADMINISTRATIVE COSTS: | | | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 |
| ENDING BALANCE: | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| CREDITOR NAME | AMOUNT | INT RATE | INT PAID | MONTH 43 | MONTH 44 | MONTH 45 | MONTH 46 | MONTH 47 | MONTH 48 |
|---|---|---|---|---|---|---|---|---|---|
| Brown County Appr. District | $631.33 | 12.00% | $212.77 | $14.54 | $14.57 | $14.59 | $14.61 | $14.64 | $14.67 |
| Developer Finance Corp. | $24,418.67 | 12.90% | $8,982.05 | $580.63 | $582.02 | $583.40 | $584.79 | $586.18 | $587.56 |
| Internal Revenue Service | $125,000.00 | 10.00% | $33,937.94 | $2,681.56 | $2,681.51 | $2,681.47 | $2,681.41 | $2,681.34 | $2,681.27 |
| Law Offices of Ed L. Laughlin, | $2,300.00 | 0.00% | $0.00 | $34.53 | $34.25 | $33.96 | $33.68 | $33.40 | $33.13 |
| State Farm Fncl Svcs F | $10,121.00 | 5.50% | $1,403.57 | $184.98 | $184.28 | $183.60 | $182.91 | $182.23 | $181.54 |
| Yamaha/gemb | $5,677.00 | 5.50% | $787.30 | $103.76 | $103.37 | $102.98 | $102.60 | $102.21 | $101.83 |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

IN RE: **John Michael Kerby, Debtor**  CASE NO **10-61222**
**Sherry Kerby, Joint Debtor**

CHAPTER **13**

|  |  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|
|  |  | BEGINNING BALANCE: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
|  |  | DEBTOR'S PAYMENT TO TRUSTEE: | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 |
|  |  | NEW BALANCE: | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 |
| DISTRIBUTION TO PRIORITY, SECURED AND SPECIAL UNSECUREDS: |  |  | **$3,600.00** | **$3,600.00** | **$3,600.00** | **$3,600.00** | **$3,600.00** | **$3,600.00** |
|  | DISTRIBUTION TO GENERAL UNSECUREDS: |  | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| TRUSTEE COMMISSION AND OTHER ADMINISTRATIVE COSTS: |  |  | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 |
|  |  | ENDING BALANCE: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| CREDITOR NAME | AMOUNT | INT RATE | INT PAID | MONTH 49 | MONTH 50 | MONTH 51 | MONTH 52 | MONTH 53 | MONTH 54 |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| Brown County Appr. District | $631.33 | 12.00% | $212.77 | $14.69 | $14.71 | $14.73 | $14.76 | $14.79 | $14.81 |
| Developer Finance Corp. | $24,418.67 | 12.90% | $8,982.05 | $588.95 | $590.35 | $591.74 | $593.14 | $594.53 | $595.93 |
| Internal Revenue Service | $125,000.00 | 10.00% | $33,937.94 | $2,681.20 | $2,681.11 | $2,681.02 | $2,680.92 | $2,680.81 | $2,680.70 |
| Law Offices of Ed L. Laughlin, | $2,300.00 | 0.00% | $0.00 | $32.85 | $32.58 | $32.31 | $32.04 | $31.77 | $31.51 |
| State Farm Fncl Svcs F | $10,121.00 | 5.50% | $1,403.57 | $180.86 | $180.18 | $179.51 | $178.83 | $178.17 | $177.49 |
| Yamaha/gemb | $5,677.00 | 5.50% | $787.30 | $101.45 | $101.07 | $100.69 | $100.31 | $99.93 | $99.56 |

|  |  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|
|  |  | BEGINNING BALANCE: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
|  |  | DEBTOR'S PAYMENT TO TRUSTEE: | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 |
|  |  | NEW BALANCE: | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 |
| DISTRIBUTION TO PRIORITY, SECURED AND SPECIAL UNSECUREDS: |  |  | **$3,600.00** | **$3,600.00** | **$3,600.00** | **$3,600.00** | **$3,600.00** | **$3,600.00** |
|  | DISTRIBUTION TO GENERAL UNSECUREDS: |  | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| TRUSTEE COMMISSION AND OTHER ADMINISTRATIVE COSTS: |  |  | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 |
|  |  | ENDING BALANCE: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| CREDITOR NAME | AMOUNT | INT RATE | INT PAID | MONTH 55 | MONTH 56 | MONTH 57 | MONTH 58 | MONTH 59 | MONTH 60 |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| Brown County Appr. District | $631.33 | 12.00% | $212.77 | $14.82 | $14.85 | $14.89 | $14.91 | $14.93 | $4.45 |
| Developer Finance Corp. | $24,418.67 | 12.90% | $8,982.05 | $597.34 | $598.74 | $600.14 | $601.55 | $602.96 | $179.91 |
| Internal Revenue Service | $125,000.00 | 10.00% | $33,937.94 | $2,680.58 | $2,680.45 | $2,680.31 | $2,680.17 | $2,680.02 | $797.73 |
| Law Offices of Ed L. Laughlin, | $2,300.00 | 0.00% | $0.00 | $31.25 | $30.99 | $30.73 | $30.47 | $30.22 | $8.92 |
| State Farm Fncl Svcs F | $10,121.00 | 5.50% | $1,403.57 | $176.83 | $176.16 | $175.49 | $174.83 | $174.17 | $51.65 |
| Yamaha/gemb | $5,677.00 | 5.50% | $787.30 | $99.18 | $98.81 | $98.44 | $98.07 | $97.70 | $28.97 |

|  |  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|
|  |  | BEGINNING BALANCE: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
|  |  | DEBTOR'S PAYMENT TO TRUSTEE: | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 |
|  |  | NEW BALANCE: | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 |
| DISTRIBUTION TO PRIORITY, SECURED AND SPECIAL UNSECUREDS: |  |  | **$3,600.00** | **$3,600.00** | **$3,600.00** | **$3,600.00** | **$3,600.00** | **$1,071.63** |
|  | DISTRIBUTION TO GENERAL UNSECUREDS: |  | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,528.37 |
| TRUSTEE COMMISSION AND OTHER ADMINISTRATIVE COSTS: |  |  | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 |
|  |  | ENDING BALANCE: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| | |
|---|---|
| B6I (Official Form 6I) (12/07) | |
| In re **John Michael Kerby** | Case No. **10-61222** |
| **Sherry Kerby** | (if known) |

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | Dependents of Debtor and Spouse | | | |
|---|---|---|---|---|
| **Married** | Relationship(s): | Age(s): | Relationship(s): | Age(s): |

| Employment: | Debtor | Spouse |
|---|---|---|
| Occupation | Registered Nurse | Registered Nurse |
| Name of Employer | Scott & White Hospital | Scott & White Hospital |
| How Long Employed | | |
| Address of Employer | 2401 S. 31st Street<br>Temple, TX 76505 | 2401 S. 31st Street<br>Temple, TX 76505 |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $5,803.05 | $5,315.29 |
| 2. Estimate monthly overtime | $0.00 | $0.00 |
| 3. SUBTOTAL | **$5,803.05** | **$5,315.29** |
| 4. LESS PAYROLL DEDUCTIONS | | |
|    a. Payroll taxes (includes social security tax if b. is zero) | $1,673.58 | $915.63 |
|    b. Social Security Tax | $0.00 | $315.38 |
|    c. Medicare | $0.00 | $73.75 |
|    d. Insurance | $0.00 | $245.98 |
|    e. Union dues | $0.00 | $0.00 |
|    f. Retirement | $0.00 | $0.00 |
|    g. Other (Specify) 403b Savings / 403b Savings | $145.41 | $122.89 |
|    h. Other (Specify) | $0.00 | $0.00 |
|    i. Other (Specify) | $0.00 | $0.00 |
|    j. Other (Specify) | $0.00 | $0.00 |
|    k. Other (Specify) | $0.00 | $0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | **$1,818.99** | **$1,673.63** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | **$3,984.06** | **$3,641.66** |
| 7. Regular income from operation of business or profession or farm (Attach detailed stmt) | $0.00 | $0.00 |
| 8. Income from real property | $0.00 | $0.00 |
| 9. Interest and dividends | $0.00 | $0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $0.00 | $0.00 |
| 11. Social security or government assistance (Specify): | $0.00 | $0.00 |
| 12. Pension or retirement income | $0.00 | $0.00 |
| 13. Other monthly income (Specify): | | |
|    a. | $0.00 | $0.00 |
|    b. | $0.00 | $0.00 |
|    c. | $0.00 | $0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | **$0.00** | **$0.00** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | **$3,984.06** | **$3,641.66** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | **$7,625.72** | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**Debtors income has dropped due to a shift change but is not reflected in the budget at this time.**

B6J (Official Form 6J) (12/07)

IN RE: **John Michael Kerby**  
**Sherry Kerby**

Case No. **10-61222**  
(if known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $600.00 |
|     a. Are real estate taxes included? ☐ Yes ☑ No | |
|     b. Is property insurance included? ☐ Yes ☑ No | |
| 2. Utilities: a. Electricity and heating fuel | $260.72 |
|             b. Water and sewer | $80.00 |
|             c. Telephone | |
|             d. Other: Cell Phones | $280.00 |
| 3. Home maintenance (repairs and upkeep) | $50.00 |
| 4. Food | $500.00 |
| 5. Clothing | $25.00 |
| 6. Laundry and dry cleaning | $25.00 |
| 7. Medical and dental expenses | $260.00 |
| 8. Transportation (not including car payments) | $775.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $25.00 |
| 10. Charitable contributions | |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|         a. Homeowner's or renter's | $50.00 |
|         b. Life | |
|         c. Health | |
|         d. Auto | $165.00 |
|         e. Other: | |
| 12. Taxes (not deducted from wages or included in home mortgage payments) Specify: | |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|         a. Auto: | |
|         b. Other: | |
|         c. Other: | |
|         d. Other: | |
| 14. Alimony, maintenance, and support paid to others: | |
| 15. Payments for support of add'l dependents not living at your home: | |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | |
| 17.a. Other: See attached personal expenses | $530.00 |
| 17.b. Other: | |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | **$3,625.72** |
| 19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document: **None.** | |
| 20. STATEMENT OF MONTHLY NET INCOME | |
| a. Average monthly income from Line 15 of Schedule I | $7,625.72 |
| b. Average monthly expenses from Line 18 above | $3,625.72 |
| c. Monthly net income (a. minus b.) | $4,000.00 |

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

IN RE: **John Michael Kerby**            CASE NO **10-61222**
**Sherry Kerby**

                                                              CHAPTER **13**

## **EXHIBIT TO SCHEDULE J**

### **Itemized Personal Expenses**

| Expense | Amount |
|---|---|
| Personal Grooming | **$75.00** |
| Pet Expenses | **$50.00** |
| Lunches-on the job | **$100.00** |
| Scrubs for work | **$100.00** |
| Nursing License/Certifications | **$20.00** |
| Monthly travel to see grandchildren | **$185.00** |
| **Total >** | **$530.00** |